# EXHIBIT B
# Part 1 of 2

## DEFENDANTS' SYNOPSIS OF THE DEPOSITION TESTIMONY OF AHN GATES

Although Ms. Gates submitted a declaration in support of Bank of America's motion for a preliminary injunction attaching various iterations of the Apollo Contract and stating that "extensive" negotiations had taken place over the term of the Contract (*see* Dkt. # 23 at ¶¶ 5, 7, 11), Ms. Gates' declaration omitted to disclose that she has no independent recollection of anything related to the Agreement. (Gates Tr. at 14:14-25:12). She confirmed in her deposition that "all [she] can recall at this point is the actual language of the contract" (Gates Tr. at 18:13-18:16), and that she "could not give . . . specifics around intent" of the clauses in the Agreement even though she negotiated it for B of A (*id.* at 17:24-18:5). For example, she did not even recall negotiating the term related to "170,000 web hits per month" or the intent of that provision. (*Id.* at 22:5-22:19; 56:22-57:15). Ms. Gates testified that Julie Gonzalez negotiated the pricing terms of the Agreement but stated that she had not spoken to Ms. Gonzalez since August 2009. (*Id.* at 29:24-31:19)

Ms. Gates admitted in her deposition, that B of A usually negotiates "perpetual" contracts. (Gates Tr. at 48:2-51:19). Initially, B of A proposed a perpetual contract to Apollo. (Gates Tr. at 59:25-62:24). However, the parties negotiated a change to that language to make the contract one for two years with annual renewal periods. (Exh. 1 ¶ 6).

Ms. Gates testified that B of A estimated that it would save over $12 million by transitioning from its previous vendor, Transunion, to Apollo. (Gates Tr. at 84:12-91:23).

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
BANK OF AMERICA, N.A.,
                        Plaintiff,
        -against-        Civil Action No.
                         10-5707 (DLC)

APOLLO ENTERPRISE SOLUTIONS, LLC, APOLLO
ENTERPRISE SOLUTIONS, INC. and MORIAH
PARTNERS, LLC,

                        Defendants.
-------------------------------x

                         31 West 52nd Street
                         New York, New York

                         September 22, 2010
                         10:22 a.m.


        DEPOSITION of ANH GATES, on
behalf of the Plaintiff in the
above-entitled action, held at the above
time and place, taken before Barbara P.
Goldsmith, a Notary Public of the State of
New York, pursuant to order and
stipulations between Counsel.
```

```
                                                    Page 14

 1                  ANH GATES
 2   responsibility for Apollo since that        10:31:38AM
 3   time, to your knowledge?                    10:31:39AM
 4        A.      It has -- the relationship     10:31:40AM
 5   has been transferred to another             10:31:43AM
 6   sourcing manager since Francisco.  So       10:31:46AM
 7   in the interim he managed the               10:31:48AM
 8   relationship for a couple of months         10:31:52AM
 9   and then it transferred to someone          10:31:54AM
10   else within the supply chain.               10:31:56AM
11        Q.      And who was that?              10:31:58AM
12        A.      That was Walter Wolf,          10:31:59AM
13   W-o-l-f.                                    10:32:03AM
14        Q.      Did you have any discussions   10:32:04AM
15   with Mr. Wolf about the Apollo              10:32:05AM
16   relationship or Apollo services?            10:32:10AM
17        A.      Walter, upon my return from    10:32:14AM
18   maternity leave in December or              10:32:17AM
19   January, or January, Walter did reach       10:32:19AM
20   out to me regarding the contract, the       10:32:22AM
21   master contract with Apollo.                10:32:26AM
22        Q.      What did he reach out --       10:32:28AM
23   what did he ask you and what did            10:32:31AM
24   you -- what did he tell you or ask you      10:32:34AM
25   and what did you ask him or tell him?       10:32:36AM
```

Page 15

```
 1                  ANH GATES
 2       A.    We talked about some clauses       10:32:38AM
 3  within the contract and there were            10:32:41AM
 4  several and I don't recall                    10:32:42AM
 5  specifically which ones they were, but        10:32:44AM
 6  he did ask me questions about the             10:32:45AM
 7  contract and did I remember the intent        10:32:47AM
 8  of some of the clauses that were in           10:32:50AM
 9  the contract.                                 10:32:53AM
10       Q.    And do you remember what           10:32:53AM
11  clauses he asked you about?                   10:32:57AM
12       A.    I think the mediation and          10:32:58AM
13  arbitration section, the term of the          10:33:01AM
14  contract, and some schedules.                 10:33:05AM
15       Q.    Anything else?                     10:33:19AM
16       A.    I can't remember if there          10:33:19AM
17  was anything else.  There could have          10:33:21AM
18  been, but I just don't remember.              10:33:22AM
19       Q.    What did he ask you about          10:33:23AM
20  the mediation and arbitration                 10:33:24AM
21  provisions?                                   10:33:26AM
22       A.    He asked me if it was our          10:33:27AM
23  standard clause.                              10:33:31AM
24       Q.    And what did you tell him?         10:33:33AM
25       A.    I told him I don't remember.       10:33:35AM
```

```
 1                ANH GATES
 2      I'll have to go back and look at the        10:33:37AM
 3      red lines or we do a compare to our         10:33:41AM
 4      standard versions to see what changes       10:33:44AM
 5      were made.                                  10:33:46AM
 6          Q.   Did you?                           10:33:46AM
 7          A.   I didn't.                          10:33:46AM
 8          Q.   And what did he ask you            10:33:47AM
 9      about the term of the contract?             10:33:49AM
10          A.   There was a termination            10:33:50AM
11      clause in the contract and he had           10:33:53AM
12      asked me about the formula for              10:33:55AM
13      calculating any termination penalties       10:33:59AM
14      and how we arrived at that formula.         10:34:02AM
15          Q.   And is that all you recall         10:34:04AM
16      him asking you about the termination        10:34:06AM
17      clause?                                     10:34:09AM
18          A.   He might have confirmed with       10:34:09AM
19      me also that just to -- he wanted my        10:34:11AM
20      confirmation of the initial term of         10:34:16AM
21      the agreement.                              10:34:18AM
22          Q.   And what did you tell him          10:34:18AM
23      about both of those items, both the         10:34:20AM
24      termination penalty or amount and the       10:34:22AM
25      intent about the term of the                10:34:27AM
```

Page 17

| | | |
|---|---|---|
| 1 | ANH GATES | |
| 2 | agreement? | 10:34:29AM |
| 3 | A.  In terms of the penalty | 10:34:30AM |
| 4 | clause, I told him I didn't remember | 10:34:31AM |
| 5 | how we came to the exact formula | 10:34:33AM |
| 6 | that's in the contract right now. | 10:34:36AM |
| 7 | Q.  Okay. | 10:34:38AM |
| 8 | A.  And in terms of the initial | 10:34:39AM |
| 9 | term of the contract, I didn't recall | 10:34:41AM |
| 10 | off the top of my head.  So I had to | 10:34:43AM |
| 11 | refer back to the agreement itself, | 10:34:45AM |
| 12 | look on the cover page to see when the | 10:34:48AM |
| 13 | effective date of the agreement was | 10:34:50AM |
| 14 | and then the termination date or the | 10:34:52AM |
| 15 | expiration date. | 10:34:55AM |
| 16 | Q.  So when he asked you these | 10:34:56AM |
| 17 | questions, you didn't recall | 10:34:58AM |
| 18 | independently anything about the term | 10:34:59AM |
| 19 | of the contract, you had to look at | 10:35:01AM |
| 20 | the contract itself? | 10:35:03AM |
| 21 | A.  I did, yes. | 10:35:04AM |
| 22 | Q.  And did the contract itself | 10:35:05AM |
| 23 | refresh your recollection in any way? | 10:35:08AM |
| 24 | A.  No.  I was familiar with | 10:35:11AM |
| 25 | Apollo and I knew that I had | 10:35:15AM |

```
                                                    Page 18
 1                   ANH GATES
 2    negotiated the contract, but I did         10:35:17AM
 3    not -- I could not give him specifics      10:35:18AM
 4    around intent of some of those clauses     10:35:21AM
 5    that we had talked about.                  10:35:25AM
 6         Q.    And is that still true          10:35:26AM
 7    today, that you cannot give us             10:35:28AM
 8    specifics about intent of the clauses      10:35:30AM
 9    you talked about?                          10:35:31AM
10         A.    Yes.                            10:35:32AM
11         Q.    Okay.  Now, you also said       10:35:32AM
12    that -- well, let me stay there.           10:35:38AM
13             So really all you can recall      10:35:44AM
14    at this point is the actual language       10:35:47AM
15    of the contract; is that fair to say?      10:35:49AM
16         A.    Yes.                            10:35:51AM
17         Q.    Now, you also said that         10:35:51AM
18    there was some question about              10:35:53AM
19    schedules.  Do you remember what           10:35:55AM
20    schedules he asked you about?              10:35:56AM
21         A.    We talked about various         10:35:58AM
22    schedules because there are a number       10:36:03AM
23    of them underneath the master              10:36:04AM
24    agreement.  So we did talk through,        10:36:07AM
25    and I forget what schedule, A, B, C,       10:36:10AM
```

                                                    Page 19

| | | |
|---|---|---|
| 1 | ANH GATES | |
| 2 | D, E, F, G.  I don't know what | 10:36:16AM |
| 3 | schedule it is without looking at the | 10:36:16AM |
| 4 | agreement.  But we did talk at a high | 10:36:18AM |
| 5 | level about the fees.  We talked | 10:36:21AM |
| 6 | about -- without looking at the | 10:36:32AM |
| 7 | contract, I can't remember what other | 10:36:33AM |
| 8 | schedules we talked.  We may have | 10:36:35AM |
| 9 | talked about the service levels, which | 10:36:38AM |
| 10 | is another schedule underneath the | 10:36:41AM |
| 11 | master.  We might have talked about | 10:36:42AM |
| 12 | the business continuity schedule, sort | 10:36:50AM |
| 13 | of like a recovery schedule underneath | 10:36:56AM |
| 14 | the master.  But I can't recall | 10:36:59AM |
| 15 | specifically. | 10:37:03AM |
| 16 |     Q.    So this is not meant to be a | 10:37:03AM |
| 17 | guessing game. | 10:37:13AM |
| 18 |         MR. WHATLEY:  Could we mark | 10:37:16AM |
| 19 |     this as Exhibit 1. | 10:37:18AM |
| 20 |     Q.    Ms. Gates, here is an | 10:37:20AM |
| 21 | exhibit that we are marking as Exhibit | 10:37:22AM |
| 22 | 1. | |
| 23 |         MR. WHATLEY:  Since it's | 10:37:25AM |
| 24 |     always nice to get rid of papers, | 10:37:26AM |
| 25 |     Richard, you get copies, too.  I | 10:37:29AM |

```
                                              Page 20
 1              ANH GATES
 2      apologize for not having one for        10:37:31AM
 3      you.
 4            (Application service
 5      provider agreement was hereby
 6      marked as Defendant's Exhibit 1
 7      for identification, as of this
 8      date.)                                  10:38:05AM
 9         Q.   Ms. Gates, I have put before    10:38:05AM
10   you a copy of Exhibit 1 to your            10:38:07AM
11   deposition.  Is this a copy of the         10:38:09AM
12   contract?                                  10:38:11AM
13         A.   Yes, it is.                     10:38:11AM
14         Q.   And can you use that            10:38:12AM
15   document to refresh your recollection      10:38:15AM
16   in terms of what schedules you             10:38:17AM
17   discussed?                                 10:38:19AM
18         A.   I can try.                      10:38:20AM
19         Q.   Fair enough?                    10:38:22AM
20         A.   Is that a fair statement?       10:38:23AM
21         Q.   That's all we can ask.          10:38:25AM
22              MS. MORRIS:  You can start      10:38:32AM
23      looking at the schedules.               10:38:32AM
24         A.   We did talk at a high level     10:38:33AM
25   about Schedule A and I had to look at      10:38:36AM
```

```
                                                    Page 21
 1                  ANH GATES
 2     it just to refresh my memory of what         10:38:39AM
 3     products and services were being             10:38:45AM
 4     purchased by Apollo.                         10:38:47AM
 5         Q.    And do you remember what you       10:38:48AM
 6     talked about other than it being at a        10:38:49AM
 7     high level with respect to Schedule A?       10:38:51AM
 8         A.    The name of the application        10:38:53AM
 9     itself because I really had forgotten        10:38:55AM
10     what hosting services Apollo provided        10:38:58AM
11     for the bank.  We talked about -- I          10:39:00AM
12     did, during our conversation, I don't        10:39:11AM
13     think he asked about it, but I did           10:39:12AM
14     review the Bank of America                   10:39:14AM
15     responsibilities, Schedule B.                10:39:16AM
16         Q.    But he didn't ask about            10:39:17AM
17     those?                                       10:39:19AM
18         A.    He did not ask.                    10:39:19AM
19         Q.    Okay.                              10:39:20AM
20         A.    We talked about Schedule C         10:39:21AM
21     because he asked me questions about          10:39:24AM
22     the pricing.                                 10:39:26AM
23         Q.    What did he ask you and what       10:39:26AM
24     did you tell him?                            10:39:29AM
25         A.    He did ask me about Section        10:39:30AM
```

```
                                                    Page 22

 1                    ANH GATES
 2     1, what he -- I'm sorry -- what was          10:39:40AM
 3     requested?                                   10:39:43AM
 4         Q.    What did he ask you?               10:39:44AM
 5         A.    He asked me did I recall           10:39:45AM
 6     negotiating the 170,000 web hits per         10:39:47AM
 7     month.                                       10:39:53AM
 8         Q.    Did you?                           10:39:53AM
 9         A.    I do not recall.                   10:39:54AM
10         Q.    Okay.                              10:39:56AM
11         A.    I didn't even -- yeah, I had       10:39:57AM
12     forgotten what that meant because he        10:39:59AM
13     wanted to know what was the intent of       10:40:03AM
14     web hits and I didn't remember.             10:40:06AM
15         Q.    Okay.                              10:40:10AM
16         A.    He also --                         10:40:11AM
17         Q.    By the way, do you remember        10:40:12AM
18     today?                                      10:40:13AM
19         A.    I don't.                           10:40:13AM
20         Q.    Okay.  Keep going.  I'm            10:40:14AM
21     sorry.                                      10:40:15AM
22         A.    He also talked about the           10:40:15AM
23     monthly hosting and monthly                 10:40:19AM
24     maintenance cost and how we derived         10:40:21AM
25     those costs.  He asked me about the         10:40:23AM
```

```
                                              Page 23
 1                 ANH GATES
 2    tiered pricing below and what that        10:40:27AM
 3    meant. And I told him I remember that     10:40:29AM
 4    there were certain modules of the         10:40:35AM
 5    Apollo application that were presented    10:40:38AM
 6    to us and we wanted to lock down          10:40:40AM
 7    pricing for all of those modules, but     10:40:43AM
 8    I didn't know what these volumes meant    10:40:46AM
 9    or what this tier pricing on the          10:40:51AM
10    bottom of page 33 really meant.           10:40:54AM
11         Q.    And by the way, you're         10:40:58AM
12    now -- in the answers you're giving is    10:40:59AM
13    Schedule C of page 33 of the contract,    10:41:02AM
14    correct?                                  10:41:06AM
15         A.    Yes.                           10:41:06AM
16         Q.    Do you recall him asking       10:41:06AM
17    anything else about Schedule C?           10:41:08AM
18         A.    No.                            10:41:09AM
19         Q.    Were there any other           10:41:10AM
20    questions or was there any other          10:41:13AM
21    discussion that you had with Mr. Wolf     10:41:15AM
22    about this matter?                        10:41:17AM
23         A.    We -- I think we talked        10:41:18AM
24    about Schedule D and the service          10:41:21AM
25    levels because I probably -- not          10:41:23AM
```

```
                                                     Page 24

 1                    ANH GATES
 2     probably.  I asked him are there any              10:41:25AM
 3     performance issues that we're having              10:41:28AM
 4     with Apollo and I think we quickly                10:41:30AM
 5     looked at Schedule D, but not in                  10:41:32AM
 6     detail, but I remember reviewing it at            10:41:34AM
 7     a high level.                                     10:41:37AM
 8          Q.    And by the way, what was his           10:41:37AM
 9     response when you asked him was there             10:41:39AM
10     any service or performance issue with             10:41:41AM
11     Apollo?                                           10:41:43AM
12          A.    He said no, there are no               10:41:43AM
13     performance issues, but there are                 10:41:45AM
14     other issues right now with Apollo.               10:41:47AM
15          Q.    Okay.  And is that all you             10:41:49AM
16     recall about your discussion about                10:41:54AM
17     Schedule D?                                       10:41:55AM
18          A.    Yes.                                   10:41:56AM
19          Q.    Okay.                                  10:42:01AM
20          A.    There is a Schedule G                  10:42:19AM
21     recovery schedule, and I don't know               10:42:20AM
22     that he asked questions about it, but             10:42:22AM
23     I remember looking at it during our               10:42:26AM
24     conversation and we may have talked               10:42:28AM
25     about it at a high level, but I don't             10:42:31AM
```

|    | ANH GATES | |
|----|-----------|---|
| 1  | | |
| 2  | recall specifically what I said to him | 10:42:34AM |
| 3  | or -- and I don't think he asked me | 10:42:36AM |
| 4  | questions about it, but I do remember | 10:42:41AM |
| 5  | looking at it during our conversation. | 10:42:42AM |
| 6  | Q.    And do you recall, did you | 10:42:44AM |
| 7  | have any discussions about H or I? | 10:42:47AM |
| 8  | A.    No. | 10:42:52AM |
| 9  | Q.    And is there anything else | 10:42:52AM |
| 10 | you recall about that conversation | 10:42:54AM |
| 11 | with Mr. Wolf? | 10:42:55AM |
| 12 | A.    No. | 10:42:56AM |
| 13 | Q.    When was the next | 10:42:58AM |
| 14 | conversation you had with anyone about | 10:43:00AM |
| 15 | Apollo? | 10:43:02AM |
| 16 | A.    Todd Taylor, who is the | 10:43:02AM |
| 17 | legal counsel for -- that supports | 10:43:15AM |
| 18 | supply team management, had given me a | 10:43:19AM |
| 19 | call and asked me -- | 10:43:21AM |
| 20 | MS. MORRIS:  Can I -- can I | 10:43:23AM |
| 21 | just interrupt because it sounds | 10:43:26AM |
| 22 | like she's about to go into some | 10:43:29AM |
| 23 | privileged discussions with | 10:43:33AM |
| 24 | counsel.  You can say that you | 10:43:34AM |
| 25 | spoke to Mr. Taylor, who's | 10:43:35AM |

```
                                                    Page 26
 1             ANH GATES
 2     in-house legal counsel at Bank of         10:43:38AM
 3     America, but what was said by you         10:43:41AM
 4     and what was said by him is              10:43:42AM
 5     privileged.                              10:43:44AM
 6             THE WITNESS:  Okay.              10:43:45AM
 7         Q.    So at some point Mr. Taylor    10:43:47AM
 8     called you; is that correct?             10:43:49AM
 9         A.    Yes.                           10:43:50AM
10         Q.    And you and Mr. Taylor had a   10:43:50AM
11     discussion?                              10:43:53AM
12         A.    Yes.                           10:43:53AM
13         Q.    Do you recall when that was?   10:43:53AM
14         A.    I don't.                       10:43:55AM
15         Q.    Do you recall roughly how      10:43:56AM
16     long after your discussion with          10:44:00AM
17     Mr. Wolf that was?                       10:44:02AM
18         A.    I don't.                       10:44:03AM
19         Q.    Did you have any further       10:44:05AM
20     discussions other than your discussion   10:44:11AM
21     with counsel for the bank, Mr. Taylor,   10:44:13AM
22     at some point?                           10:44:16AM
23         A.    Not that I recall.             10:44:17AM
24         Q.    Okay.  And did you have any    10:44:24AM
25     further dealings with anyone from        10:44:34AM
```

```
 1            ANH GATES
 2   Carolina graduates and if you would        10:46:26AM
 3   please give me a note saying that so I
 4   can prove to them that there is one        10:46:30AM
 5   person that went to Carolina who will      10:46:32AM
 6   say that, I appreciate that.               10:46:34AM
 7           And what -- by the way, what       10:46:36AM
 8   did you study in graduate school?          10:46:39AM
 9       A.    Political science.               10:46:41AM
10       Q.    And what did you major in in     10:46:42AM
11   college?                                   10:46:44AM
12       A.    My undergrad was political       10:46:45AM
13   science.  It was a Bachelor of Arts.       10:46:47AM
14           MR. WHATLEY:  Let's mark as        10:46:56AM
15       another exhibit your declaration.      10:46:58AM
16       And it turns out that I don't have     10:47:03AM
17       an extra copy of this.  Is that        10:47:10AM
18       all right with you?  You'll wind       10:47:14AM
19       up with the original, I suppose.       10:47:15AM
20           (Declaration of Anh Gates
21       was hereby marked as Defendant's
22       Exhibit 2 for identification, as
23       of this date.)                         10:47:39AM
24       Q.    Ms. Gates, Exhibit 2 to your     10:47:39AM
25   deposition is a copy of the                10:47:44AM
```

```
                                              Page 30
 1              ANH GATES
 2    declaration that has been filed, that    10:47:46AM
 3    you signed.  I assume that's your        10:47:52AM
 4    signature on page, I believe it's 3,     10:47:54AM
 5    is it not?                               10:47:56AM
 6         A.   Yes.                           10:47:57AM
 7         Q.   And the various documents      10:47:57AM
 8    that were attached to it has been a      10:48:01AM
 9    copy that was filed with the court?      10:48:04AM
10         A.   Yes.                           10:48:06AM
11         Q.   Now, first of all, in          10:48:06AM
12    paragraph 3 you mention Julie            10:48:14AM
13    Gonzales, who later changed her name     10:48:20AM
14    to Whitmore, negotiated an agreement     10:48:23AM
15    with Apollo.  Have you had any           10:48:26AM
16    discussions with Ms. Gonzales or         10:48:29AM
17    Whitmore at any point since August of    10:48:32AM
18    '09?                                     10:48:38AM
19         A.   No.                            10:48:39AM
20         Q.   Okay.  When is the last time   10:48:39AM
21    you had any discussion with her?         10:48:42AM
22         A.   I can't remember.              10:48:44AM
23         Q.   What did she -- I mean, you    10:48:47AM
24    say in the first sentence in paragraph   10:48:54AM
25    3 that she negotiated an agreement       10:48:56AM
```

Page 31

| | | |
|---|---|---|
| 1 | ANH GATES | |
| 2 | with Apollo.  What did she negotiate, | 10:48:58AM |
| 3 | to the best of your recollection? | 10:49:02AM |
| 4 | A.     The best of my recollection, | 10:49:03AM |
| 5 | she had negotiated the pricing with | 10:49:07AM |
| 6 | Apollo, the fees. | 10:49:09AM |
| 7 | Q.     And by the fees, do you mean | 10:49:13AM |
| 8 | the items that are reflected in | 10:49:20AM |
| 9 | Schedule A of Exhibit 1?  Exhibit 1 is | 10:49:23AM |
| 10 | the contract we talked about a few | 10:49:29AM |
| 11 | minutes ago. | 10:49:32AM |
| 12 | A.     Schedule A. | 10:49:33AM |
| 13 | Q.     Schedule C. | 10:49:36AM |
| 14 | A.     Schedule C. | 10:49:37AM |
| 15 | Q.     If I said A, I apologize. | 10:49:39AM |
| 16 | A.     Right, yes, Schedule C. | 10:49:41AM |
| 17 | Q.     So Ms. Whitmore was the one | 10:49:42AM |
| 18 | that negotiated Schedule C? | 10:49:47AM |
| 19 | A.     Initially, yes. | 10:49:48AM |
| 20 | Q.     What role did you have, to | 10:49:49AM |
| 21 | the best of your recollection, with | 10:49:51AM |
| 22 | respect to Schedule C? | 10:49:53AM |
| 23 | A.     I remember getting presented | 10:49:54AM |
| 24 | with pricing for Apollo for fees and | 10:49:56AM |
| 25 | asking questions.  I don't remember | 10:50:03AM |

```
                                               Page 32
 1              ANH GATES
 2   what questions I asked, but I asked          10:50:04AM
 3   questions about what certain fees            10:50:07AM
 4   meant or what we were paying for             10:50:09AM
 5   hardware or software.  My focus was          10:50:11AM
 6   more on the technology, what we were         10:50:14AM
 7   paying for software, why are we paying       10:50:17AM
 8   software and hosting fees and                10:50:20AM
 9   maintenance fees.  And we had some           10:50:22AM
10   discussions around what this tier            10:50:27AM
11   pricing meant, but I don't recall            10:50:29AM
12   specifically.                                10:50:31AM
13        Q.    At this point, you don't          10:50:31AM
14   recall what those discussions were?          10:50:33AM
15        A.    I don't.                          10:50:35AM
16        Q.    Okay.  Now, in paragraph 3        10:50:35AM
17   of your declaration, I'm going back          10:50:38AM
18   now to Exhibit 2.  I'm sorry.  You say       10:50:40AM
19   that she had already negotiated the          10:50:44AM
20   pricing terms which we just talked           10:50:47AM
21   about and you negotiated the legal           10:50:49AM
22   terms.  What did you mean by the legal       10:50:51AM
23   terms?                                       10:50:54AM
24        A.    If you look at Exhibit 1,         10:50:54AM
25   the application service provider             10:50:58AM
```